United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carl Bryant,

        Plaintiff,

  v.

John E. Potter, et al.,

        Defendants.
_____/

No. C 10-4112  JL

**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**

The Plaintiff having requested and being in need of counsel to assist him in this matter and good and just causing appearing;

IT IS HEREBY ORDERED THAT Plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of The Bar Association of San Francisco ("VLSP") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by VLSP that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for limited representation.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

IT IS SO ORDERED.

DATED: October 1, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\10-4112Order.VLSP.wpd      1