UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Carl Bryant,

        Plaintiff,

        v.

John E. Potter, et al.,

        Defendants.
_____/

No. C 10-4112 JL

**AMENDED ORDER APPOINTING COUNSEL**

    Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Emily Wecht and Khaldoun Baghdadi, of the law firm Walkup, Melodia, Kelly & Schoenberger are hereby appointed as counsel for Carl Bryant in this matter for limited purposes of settlement only.

    IT IS SO ORDERED.

DATED: December 21, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\10-4112\ApptCnsel.AmendedOrder.wpd   1