MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7181
  Facsimile: (415) 436-6748
  Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

CARL BRYANT
Pro Se

  P.O. Box 15086
  San Francisco, CA 94115

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARL BRYANT ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOHN E. POTTER ) <br> ) <br> ) <br>     Defendant. ) <br> ) <br> ) <br> _____ ) | NO. C 10-4112 - JL <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DATE FOR DEFENDANT TO RESPOND TO COMPLAINT |

1

Plaintiff Carl Bryant ("Plaintiff") and Defendant John E. Potter, Postmaster General, United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

This is a matter involving a claim for failure to comply with the terms of a settlement agreement. The Case Management Conference in this matter is currently set for February 2, 2011, with a statement due on January 26, 2011. Defendant's due date to respond to the Complaint is February 4, 2011.

The parties would like additional time to gather respective information to exchange with one another in the hopes of resolving this matter without having to utilize judicial resources.

ACCORDINGLY, the parties request that the Court continue the Case Management Conference from February 2, 2011 until February 23, 2011, with the statement due February 16, 2011, and continue the due date for Defendant to respond to the Complaint from February 4, 2011 until March 4, 2011. The parties hope to resolve this matter prior to the Case Management Conference.

**IT IS SO STIPULATED**

DATED: January 24, 2011                          CARL BRYANT

                                                 _____/s/_____
                                                 Plaintiff, Pro Se

                                                 _____/s/_____
                                                 EMILY C. WECHT
                                                 Attorney for Plaintiff

DATED: January 24, 2011                          MELINDA HAAG
                                                 United States Attorney

                                                 _____/s/_____
                                                 Victoria R. Carradero
                                                 Assistant United States Attorney
                                                 Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued from February 2, 2011 until February 23, 2011, with the joint CMC statement due February 16, 2011. The deadline for Defendant to respond to the Complaint is continued from February 4, 2011 until March 4, 2011.

DATED: January 25, 2011                          _____
                                                 The Honorable James Larson
                                                 United States Magistrate Judge

2