LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

EMILY C. WECHT (State Bar #240106)
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRYANT<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN E. POTTER,<br><br>　　　　Defendants. | Case No. 3:10-cv-04112-JL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Carl Bryant ("Plaintiff") and Defendant John E. Potter, Postmaster General, United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

This is a matter involving a claim for failure to comply with the terms of a settlement agreement. The Case Management Conference in this matter is currently set for February 23, 2011, with a statement due on February 16, 2011.

The parties have been exchanging information in the hopes of resolving this matter and would like additional time to do so in the hopes of resolving this matter without having to utilize judicial resources.

///

///

///

---

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. 3:10-CV-04112-JL

ACCORDINGLY, the parties request that the Court continue the Case Management Conference from February 23, 2011 until March 9, 2011, with the statement due March 2, 2011. The parties hope to resolve this matter prior to the Case Management Conference.

Dated: February 15, 2011

                                           /S/
                                        CARK BRYANT
                                        Plaintiff, Pro Se

Dated: February 15, 2011          WALKUP, MELODIA, KELLY & SCHOENBERGER

                                        /S/
                                     EMILY C. WECHT
                                     Attorneys for Plaintiff

Dated: February 15, 2011          MELINDA HAAG
                                     UNITES STATES ATTORNEY

                                        /S/
                                     VICTORIA R. CARRADERO
                                     Assistant United States Attorney
                                     Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

The Case Management Conference is continued from February 23, 2011 until March 9, 2011, with the joint CMC statement due March 2, 2011.

Dated:      February 18, 2011

                                       The Honorable Judge James Larson
                                       United States Magistrate Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - CASE NO. 3:10-CV-04112-JL