MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7181
Facsimile:   (415) 436-6748
Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

CARL BRYANT
Pro Se

P.O. Box 15086
San Francisco, CA 94115

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL BRYANT,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER<br><br>            Defendant. | NO. C 10-4112 - SBA<br><br>STIPULATION AND ORDER TO CONTINUE DATE FOR DEFENDANT TO RESPOND TO COMPLAINT |

1

Plaintiff Carl Bryant ("Plaintiff") and Defendant John E. Potter, Postmaster General, United States Postal Service, ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

This is a matter involving a claim for failure to comply with the terms of a settlement agreement. This case was recently reassigned to the honorable Saundra B. Armstrong.  Defendant's due date to respond to the Complaint is currently March 4, 2011.

The parties would like additional time to gather respective information to exchange with one another in the hopes of resolving this matter without having to utilize judicial resources.

ACCORDINGLY, the parties request that the Court continue the due date for Defendant to respond to the Complaint from March 4, 2011 until March 25, 2011. The parties hope to resolve this matter prior to any Case Management Conference in this case.

**IT IS SO STIPULATED**

DATED: March 1, 2011                              CARL BRYANT

                                                  _____/s/_____
                                                  Plaintiff, Pro Se


                                                  _____/s/_____
                                                  EMILY C. WECHT
                                                  Attorney for Plaintiff


DATED: March 1, 2011                              MELINDA HAAG
                                                  United States Attorney

                                                  _____/s/_____
                                                  Victoria R. Carradero
                                                  Assistant United States Attorney
                                                  Attorneys for Federal Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 The deadline for Defendant to respond to the Complaint is continued from March 4, 2011 until March 25, 2011.


DATED:3/4/11                                      _____
                                                  The Honorable Saundra B. Armstrong
                                                  United States District Court Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28